UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

PHILIP HOPKINS,
    Plaintiff,

v.

FIRST SOURCE ADVANTAGE, LLC, et al.,
    Defendant.

No. C 11-1628 EMC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    November 10, 2011
Mediator:    Lynn Fuller

IT IS HEREBY ORDERED that the request to excuse defendant First Source Advantage, LLC's party representative from appearing in person at the November 10, 2011 mediation before Lynn Fuller is GRANTED. The representative shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

November 3, 2011    By:    *Elizabeth D. Laporte*
Dated                                Elizabeth D. Laporte
                                      United States Magistrate Judge