Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff, PHILLIP HOPKINS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP HOPKINS,<br><br>  Plaintiff,<br><br>  vs.<br><br>FIRST SOURCE ADVANTAGE, LLC,<br><br>  Defendant. | ) Case No.: 3:11-cv-01628-EMC<br>)<br>)<br>) **NOTICE OF SETTLEMENT**<br>)<br>) ORDER VACATING TRIAL AND<br>) RELATED DATES AND RESETTING<br>) STATUS CONFERENCE<br>)<br>) |

NOW COMES the Plaintiff, PHILLIP HOPKINS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                    Respectfully Submitted,

DATED: November 10, 2011      KROHN & MOSS, LTD.


                                  By: /s/ Mahadhi Corzano
                                      Mahadhi Corzano
                                      Attorney for Plaintiff

IT IS SO ORDERED that the trial and related dates are vacated. The status conference is reset from 11/21/11 to 2/3/12 at 10:30 a.m. This hearing will be vacated once a stipulation for dismissal is filed.

- 1 -

_____
Edward M. Chen
United States District Judge

[STAMP: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on November 10, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Mahadhi Corzano

Mahadhi Corzano, Esq.