1 Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
2 10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
3 Tel: 323-988-2400 x255
Fax: 866-583-3695
4 mcorzano@consumerlawcenter.com
Attorneys for Plaintiff, PHILLIP HOPKINS
5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8 PHILLIP HOPKINS,                     ) Case No.: 3:11-cv-01628-EMC
                                       )
9          Plaintiff,                  )
                                       ) **NOTICE OF SETTLEMENT**
10    vs.                              )
                                       ) ORDER VACATING TRIAL AND
11 FIRST SOURCE ADVANTAGE, LLC,        ) RELATED DATES AND RESETTING
                                       ) STATUS CONFERENCE
12         Defendant.                  )
                                       )
13

14   NOW COMES the Plaintiff, PHILLIP HOPKINS, by and through the undersigned

15 counsel and hereby informs the court that a settlement of the present matter has been reached and

16 is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the

17 next 60 days.

18   Plaintiff therefore requests that this honorable court vacate all dates currently set on

19 calendar for the present matter.

20                              Respectfully Submitted,

21 DATED: November 10, 2011     KROHN & MOSS, LTD.

22

23                              By: /s/ Mahadhi Corzano
                                    Mahadhi Corzano
24                                  Attorney for Plaintiff

   IT IS SO ORDERED that the trial and related dates are vacated.  The status conference
25 is reset from 11/21/11 to 2/3/12 at 10:30 a.m.  This hearing will be vacated once a
   stipulation for dismissal is filed.

                                    - 1 -

   _____
   Edward M. Chen
   United States District Judge           NOTICE OF SETTLEMENT

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 10, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on November 10, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

         By: /s/ Mahadhi Corzano

            Mahadhi Corzano, Esq.