Mahadhi Corzano (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff, PHILLIP HOPKINS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP HOPKINS,<br><br>       Plaintiff,<br>   vs.<br><br>FIRSTSOURCE ADVANTAGE, LLC,<br><br>       Defendant. | **Case No.:** 3:11-cv-01628-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  12/9/11

_____
The Honorable J
United States Di

*IT IS SO ORDERED — Judge Edward M. Chen* (seal: United States District Court, Northern District of California)

---

[Proposed] Order